# AMENDED CHAPTER 13 PLAN

Case No.: **09-72968**

Debtor(s): **Kenneth L Mozingo** SS#: **xxx-xx-3123** Net Monthly Earnings: **2,143.00**

**Sandra N Mozingo** SS#: **xxx-xx-7491** Number of Dependents: **1**

1. Plan Payments:
   ( ___ ) Debtor(s) propose to pay direct a total of $ ______ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

   ( **X** ) Payroll deduction Order: To **The Arc of Fayette** for $ **278.00** ☐ weekly ☒ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **35,000.00** .

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **-NONE-** | | | |

B. Total Attorney Fee: $ **2,500.00** ; **$0.00** paid pre-petition; $ **1,000.00** to be paid at confirmation and $ **50.00** per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with 5% interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Citifinancial** | **$46,447.00** | ☐ by Trustee ☒ by Debtor **$350.00** | **November 2009** | **$350.00** | **1** | **0.00%** | **$10.00** |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **1st Franklin** | **$35.00** | **$3,568.00** | **$3,568.00** | **$0.00** | **1985 Camper & 1993 Ranger** | **5.00%** | **$82.17** | **Upon Conf.** |
| **Standard Furniture Co** | **$0.00** | **$1,736.00** | **$1,736.00** | **$0.00** | **Bedroom Furniture & Washing machine** | **5.00%** | **$40.00** | **Upon Conf.** |
| **Wells Fargo Financial** | **$50.00** | **$11,066.00** | **$4,975.00** | **$6,091.00** | **2003 Chevy Ventura** | **5.00%** | **$114.57** | **Upon Conf.** |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| * **Citizens Bank of Fayette** | **$2,800.00** | **$105.00** | **Secured by $3,392.00 CD** | **Loan is secured by CD.** |

IV. Special Provisions:

☐ This is an original plan.

☒ This is an amended plan replacing plan dated **October 30, 2009** .

☒ This plan proposes to pay unsecured creditors **100** %.

☒ Other Provisions: **Debtors propose to pay unsecured creditors interest at 5% pr anum over 60 months.**

Name/Address/Telephone/Attorney for Debtor (s)

**E. Calhoun Wilson**

**1308 Greensboro Avenue**
**Tuscaloosa, AL 35401**

Telephone # **205-349-2330**

Date **January 7, 2010**

**/s/Kenneth L. Mozingo**
**Kenneth L Mozingo**
Signature of Debtor

**/s/Sandra N. Mozingo**
**Sandra N Mozingo**
Signature of Debtor

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

We, Kenneth L. Mozingo and Sandra N. Mozingo, declare under penalty of perjury that the information contained in Amended Ch. 13 Plan, Amended Schedules A, F and J, Amended Summary of Schedules and Amended Statistical Summary is corrected to the best of my information and belief.

This the 7 day of January, ~~2009~~ 2010.

Kenneth L. Mozingo

Sandra N. Mozingo

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served Hon. C. David Cottingham, Trustee, with a copy of the Amended Ch. 13 Plan, Amended Schedules A, F & J, Amended Summary of Schedules and Amended Statistical Summary via hand delivery. I have also all creditors on the creditor matrix with a copy of the Amended Ch. 13 Plan via United States mail, first class, with adequate postage affixed or via electronic service.

This the 7 day of January, 2010.

/s/ E. Calhoun Wilson
E. Calhoun Wilson