UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE: CASE NO: 09-72968-CMS13
KENNETH L MOZINGO CHAPTER 13
SANDRA N MOZINGO
DEBTORS.

**MOTION TO INCREASE DEBTORS' PAYMENTS**

Comes now C. David Cottingham, Standing Trustee, and moves that the Debtors' payments to Court be increased and says as follows:

1. On the 22nd day of August 22, 2012, C. David Cottingham, Standing Trustee, audited the above referenced file.

2. The Debtors' payments are insufficient to pay the claims filed and should be increased to $307.00 bi-weekly.

WHEREFORE, C. David Cottingham, Standing Trustee moves that an order be entered GRANTING Trustee's Motion to Increase said Payments.

Any party in interest may file an objection to this motion. All objections must be in writing and filed within twenty-three (23) days of this date. Any objections filed will be heard by the court on the 27th day of September, 2012, at 9:00 a.m. in the Bankruptcy Courtroom, Room 2600, Federal Courthouse, 2005 University Blvd, Tuscaloosa, Alabama. This motion will be granted unless an objection is filed within twenty-three (23) days.

/s/ C. David Cottingham
C. David Cottingham, Standing Trustee

**************************************************************************************

**ORDER**

The Trustee's Motion to Increase Debtors' payments be and the same hereby is GRANTED effective twenty-three (23) days from the date unless an Objection is filed.

**DONE and ORDERED** this August 22, 2012.

/s/ C. Michael Stilson
C. Michael Stilson
United States Bankruptcy Judge